# AFFIDAVIT

I, Deportation Officer (DO) Jared J. Tilley, being duly sworn hereby depose and state:

1. I am currently employed as a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been so since February of 2009. I earned a bachelor's degree in Sociology in 2005. Previously, I have been employed by ICE as an Immigration Enforcement Agent, and the United States Customs and Border Protection as a Border Patrol Agent starting in January of 2007. As part of my official duties, I investigate criminal and administrative violations of the Immigration and Nationality Act, as well as the United States Code.

2. On or about August 19, 2024, ALFREDO GOMEZ, A.K.A. Reynaldo GOMEZ-Gomez, was arrested and booked into the Spartanburg County Detention Center on local charges. GOMEZ came into ICE custody on November 15, 2024, after being released from his local charges. During administrative processing it was revealed that GOMEZ had previously been deported.

3. A check of GOMEZ'S immigration file revealed he was deported from the United States in August 2008, September 2008, October 2008, August 2011, January 2017, and April 2022. A search of the IAFIS database of both fingerprints and photo of GOMEZ revealed deportations on or about those same dates.

4. There is no record that GOMEZ ever obtained permission from the Attorney General of the United States or his successor, the Director of Homeland Security, to reapply to the INS or ICE for admission into the United States after having been arrested and deported.

5. Having been found in the United States on or about August 19, 2024, after being previously deported from the United States and then reentering without permission from the Attorney General of the United States or his successor, the Director of Homeland Security, there is probable cause to believe that GOMEZ is in the United States in violation of Title 8 of the United States Code, Section 1326(a).

Further your affiant sayeth not.

_____
Jared J. Tilley
Deportation Officer
Immigration and Customs Enforcement

Sworn before me this 15 day of November 2024.

_____
Kevin F. McDonald
United States Magistrate Judge

Greenville, South Carolina